AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  24-456(SCC) |
| [1] Juan Carlos Ortiz-Vazquez et. al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   the United States of America                                                        .

Date:     07/07/2025

MYRIAM FERNANDEZ   Digitally signed by MYRIAM FERNANDEZ
Date: 2025.07.07 19:03:08 -04'00'

*Attorney's signature*

Myriam Y. Fernandez-Gonzalez - 218011
*Printed name and bar number*

Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918

*Address*

myriam.y.fernandez@usdoj.gov
*E-mail address*

(787) 766-5656
*Telephone number*

*FAX number*