# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM NO.: 24-456-27(SCC)** |
| v. | |
| **LUIS MELENDEZ-GARCIA (27)**<br>**Defendant** | |

## INFORMATIVE MOTION OF STATUS OF THE CASE IN COMPLIANCE WITH DOCKET NO. 496

**TO THE HONORABLE COURT**

COMES NOW, the undersigned counsel, who respectfully states and prays as follows:

1. On 11/21/2025 this Honorable Court ordered all defendants' informative motions of status for the case due on 01/20/2026 at docket no. 496.

2. On 11/03/2025, the Government notified via email the availability of data from drones and cellphone extractions to be disclosed by USAO through a 2TB external hard drive which had to be provided by counsel.

3. As to the status of the case, the undersigned counsel hereby informs that he is reviewing the discovery material provided by the Government and engaged in a plea negotiation which will not conclude anytime soon.

4. The undersigned counsel respectfully requests at least (60) days to continue reviewing the discovery material and to continue plea negotiations.

**WHEREFORE,** it is respectfully requested that this Honorable Court take notice of this motion and order accordingly granting our request.

In San Juan, Puerto Rico, this January 20, 2026.


Respectfully submitted.


**S/ EMILIO F. MORRIS-ROSA**
EMILIO F. MORRIS-ROSA

USDC# 231503
P.O. BOX 5129
CAROLINA, PR 00984-5129
TEL. (787) 632-6381
emiliofmorris@gmail.com

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all attorneys in the case.

At San Juan, Puerto Rico on January 20, 2026.

S/EMILIO F. MORRIS-ROSA