**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br><br> v. <br><br><br> **WESLEY CORREA-LOPEZ (32)** <br> Defendant. | **CRIMINAL NO. 24-456 (SCC)** |

**INFORMATIVE MOTION REGARDING CASE STATUS**

**TO THE HONORABLE COURT:**

**COMES NOW** the defendant, Wesley Corre-Lopez, through the undersigned attorney, and very respectfully states and prays as follows:

1. In compliance with the order issued by this Honorable Court, the defendant informs that discovery was received and some items are still being examined.

2. The government provided the defendant a plea offer that has not been accepted. The defense requested a meeting to obtain a summary of the testimonial evidence against the defendant. A mitigation package will be provided to the government to attempt to reach an agreement.

**WHEREFORE**, the defendant respectfully requests this Honorable Court to take **NOTICE** of this Motion.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 21st day of January 2026.

*S/ Francisco J. Adams Quesada*
FRANCISCO J. ADAMS QUESADA
USDC-PR 222507

fjadamsquesada@gmail.com
P.O. BOX 361252
SAN JUAN, P. R. 00936-1252
T. 787-598-9543

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

*S/ Francisco J. Adams Quesada*